**Opinion issued October 5, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00916-CV
_____

## IN RE UNITED SERVICES AUTOMOBILE ASSOCIATION, Relator

___

### Original Proceeding on Petition for Writ of Mandamus

___

### MEMORANDUM OPINION

In this original proceeding, relator United Services Automobile Association (USAA) seeks a writ of mandamus challenging the trial court's denial of its plea to the jurisdiction.[1]  We deny the petition for writ of mandamus.

___

[1]    The underlying case is *Stacey Bent and Mark Bent v. United Services Automobile Association*, No. 2010-57135, in the 11th District Court of Harris County, Texas. The respondent is the Honorable Mike D. Miller.

# PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.